**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FEDERAL TRADE COMMISSION**,

Plaintiff,

v.

**RAG-STIFTUNG,**

**EVONIK INDUSTRIES AG,**

**EVONIK CORPORATION,**

**EVONIK INTERNATIONAL HOLDING
B.V.,**

**ONE EQUITY PARTNERS SECONDARY
FUND, L.P.,**

**ONE EQUITY PARTNERS V, L.P.,**

**LEXINGTON CAPITAL PARTNERS VII
(AIV I), L.P.,**

**PEROXYCHEM HOLDING COMPANY
LLC,**

**PEROXYCHEM HOLDINGS, L.P.,**

**PEROXYCHEM HOLDINGS LLC,**

**PEROXYCHEM LLC,**

     **AND**

**PEROXYCHEM COOPERATIEF U.A.,**

Defendants.

Civil Action No. 1:19-cv-02337-TJK

**NOTICE OF FILING OF PUBLIC EXHIBITS ACCOMPANYING
PLAINTIFF'S MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION**

Plaintiff Federal Trade Commission hereby provides notice of the *public* filing of certain

exhibits accompanying its Memorandum in Support of Plaintiff's Motion for Preliminary

Injunction, originally filed *under seal* on October 8, 2019.

| |
|---|
| 1. PX1293 |
| 2. PX1294 |
| 3. PX1297 |
| 4. PX1313 (1 of 2) |
| 5. PX1313 (2 of 2) |
| 6. PX2201 |
| 7. PX2335 |
| 8. PX9001 |
| 9. PX9005 |
| 10. PX9007 |
| 11. PX9030 |
| 12. PX9031 |
| 13. PX9032 |
| 14. PX9033 |
| 15. PX9034 |
| 16. PX9035 |
| 17. PX9036 |

[SIGNATURE BLOCK ON NEXT PAGE]

Dated: October 23, 2019                     Respectfully Submitted,


                                            /s/ James Rhilinger
                                            James Rhilinger
                                            Amy Dobrzynski
                                            Daniel Matheson
                                            James Weingarten

                                            Federal Trade Commission
                                            Bureau of Competition
                                            400 Seventh Street, S.W.
                                            Washington, DC 20024
                                            Telephone: (202) 326-2871
                                            Facsimile:  (202) 326-2286
                                            Email: jrhilinger@ftc.gov

                                            *Counsel for Plaintiff Federal Trade
                                            Commission*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 23rd day of October, 2019, I served the foregoing on all counsel of record via the Court's ECF filing system.


/s/ James Rhilinger
James Rhilinger
Attorney for Plaintiff Federal Trade Commission