**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**RAG-STIFTUNG,**<br><br>**EVONIK INDUSTRIES AG,**<br><br>**EVONIK CORPORATION,**<br><br>**EVONIK INTERNATIONAL HOLDING B.V.,**<br><br>**ONE EQUITY PARTNERS SECONDARY FUND, L.P.,**<br><br>**ONE EQUITY PARTNERS V, L.P.,**<br><br>**LEXINGTON CAPITAL PARTNERS VII (AIV I), L.P.,**<br><br>**PEROXYCHEM HOLDING COMPANY LLC,**<br><br>**PEROXYCHEM HOLDINGS, L.P.,**<br><br>**PEROXYCHEM HOLDINGS LLC,**<br><br>**PEROXYCHEM LLC,**<br><br>    **AND**<br><br>**PEROXYCHEM COOPERATIEF U.A.,**<br><br>Defendants. | Civil Action No. 1:19-cv-02337-TJK |

## NOTICE OF FILING OF PLAINTIFF'S REDACTED PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Plaintiff Federal Trade Commission hereby provides notice of the public filing of Plaintiff's Redacted Proposed Findings of Fact and Conclusions of Law, along with certain accompanying public exhibits, originally filed under seal on December 4, 2019.

| |
|---|
| 1. Plaintiff's Redacted Proposed Findings of Fact and Conclusions of Law |
| 2. JX0070 |
| 3. JX0081 |
| 4. JX0109 |
| 5. PX1297 |
| 6. PX2335 |
| 7. PX9005 |
| 8. PX9007 |
| 9. PX9031 |
| 10. PX9032 |
| 11. PX9036 |
| 12. PX9050 |
| 13. PX9052 |
| 14. PX9053 |

[SIGNATURE BLOCK ON NEXT PAGE]

3

Dated: January 10, 2020                                   Respectfully Submitted,

/s/ James Rhilinger
James Rhilinger
Amy Dobrzynski
Daniel Matheson
James Weingarten

Federal Trade Commission
Bureau of Competition
400 Seventh Street, S.W.
Washington, DC 20024
Telephone: (202) 326-2871
Facsimile:  (202) 326-2286
Email: jrhilinger@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January, 2020, I served the foregoing on all counsel of record via the Court's ECF filing system.

/s/ James Rhilinger
James Rhilinger
Attorney for Plaintiff Federal Trade Commission