**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | |
| *Plaintiff,* | |
| v. | Civil Action No. 19-2337 (TJK) |
| RAG-STIFTUNG *et al.,* | |
| *Defendants*. | |

**ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction, ECF No. 3, the evidence and arguments in support and in opposition submitted to the Court through briefing and the evidentiary hearing, and the entire record herein; and for the reasons set forth in the Court's accompanying Memorandum Opinion issued under seal; it hereby **ORDERED** that Plaintiff's Motion for Preliminary Injunction, ECF No. 3, is **DENIED**.[1]

This is a final appealable order.

**SO ORDERED**.

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: January 24, 2020

---

[1] The Memorandum Opinion will be docketed under seal because it likely contains "competitively sensitive information," Protective Order, ECF No. 10 ¶ 1, of Defendants and third parties. By January 29, 2020, the parties shall meet and confer and (1) file under seal proposed redactions to the Opinion and (2) submit an editable .pdf copy of the proposed redactions, via email to kelly_chambers@dcd.uscourts.gov or USB drive, which will allow the Court to accept or modify the proposed redactions. A redacted version of the Memorandum Opinion shall be placed on the public docket shortly thereafter.