IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Federal Trade Commission,<br><br>      *Plaintiff*,<br><br>  v.<br><br>RAG-Stiftung, Evonik Industries AG, Evonik Corporation, Evonik International Holding B.V., One Equity Partners Secondary Fund, L.P., One Equity Partners V, L.P., Lexington Capital Partners VII (AIV I), L.P., PeroxyChem Holding Company LLC, PeroxyChem Holdings, L.P., PeroxyChem Holdings LLC, PeroxyChem LLC, and PeroxyChem Cooperatief U.A.,<br><br>      *Defendants.* | Civil Action<br>No. 1:19-cv-02337-TJK |

**JOINT NOTICE ON CONSENT TO CLOSE THE CASE AND
DESTROY HARD-COPY EXHIBITS PROVIDED TO THE COURT DURING THE
PRELIMINARY INJUNCTION HEARING**

Per the Court's Minute Order of March 25, 2020, Plaintiff Federal Trade Commission (the ***FTC***) and Defendants RAG-Stiftung; Evonik Industries AG; Evonik Corporation; Evonik International Holdings B.V.; One Equity Partners Secondary Fund L.P.; One Equity Partners V, L.P.; Lexington Capital Partners VII (AIV I), L.P.; PeroxyChem Holding Company LLC; PeroxyChem Holdings, L.P.; PeroxyChem Holdings LLC; and PeroxyChem Cooperatief U.A. (together, ***Defendants***) hereby notify the Court that the parties consent to closing this case. Further, per the Court's Order of February 26, 2020, Dkt. No. 153 at 5, the parties hereby consent to the destruction of hard-copy exhibits provided to the Court during the preliminary injunction hearing. The parties do not request leave to retrieve these exhibits in person.

1

| | |
|---|---|
| Date: March 27, 2020 | Respectfully submitted, |

/s/ James Rhilinger
James Rhilinger, III
Deputy Assistant Director
Bureau of Competition
Federal Trade Commission
Mergers II Division
400 Seventh Street, SW
Washington, DC 20024
Telephone: (202) 326-2871
Email: jrhilinger@ftc.gov

*Counsel for Plaintiff Federal Trade Commission*

/s/ Eric Mahr
Eric Mahr
Freshfields Bruckhaus Deringer US LLP
700 13th Street, NW
10th Floor
Washington, DC 20005-3960
Tel: (202) 777-4545
Email: eric.mahr@freshfields.com

*Counsel for Defendants RAG-Stiftung, Evonik Industries AG, Evonik Corporation, and Evonik International Holding B.V.*

/s/ Mike Cowie
Mike G. Cowie
Dechert LLP
1900 K Street, NW
Washington, DC 20006
Tel: (202) 261-3300
Fax: (202) 261-3333
Email: mike.cowie@dechert.com

*Counsel for Defendants One Equity Partners Secondary Fund, L.P., One Equity Partners V, L.P., Lexington Capital Partners VII (AIV I), L.P., PeroxyChem Holding Company LLC, PeroxyChem Holdings L.P., PeroxyChem Holdings LLC, PeroxyChem LLC, and PeroxyChem Cooperatief U.A.*